J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Email: speek@halelane.com;
jsnyder@halelane.com; alang@halelane.com
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Attorneys for Friendly Capital Partners, L.P.,
eTreppid Technologies, LLC, Warren Trepp
and Douglas J. Frye

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually <br><br> Defendant _____/ <br><br> DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, <br><br> Counterclaimants, <br><br> vs. <br><br> FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership; WARREN TREPP, an individual, ETREPPID TECHNOLOGIES, LLC, a Nevada Limited Liability Company, DOUGLAS J. FRYE, an individual, and DOES 1 – 10 inclusive. <br><br> Counterdefendants. _____/ | Case No. 3:07-cv-00250-ECR-VPC <br><br> **DECLARATION OF ADAM G. LANG IN SUPPORT OF FRIENDLY CAPITAL PARTNERS, L.P.'s, ETREPPID TECHNOLOGIES, LLC'S, AND WARREN TREPP'S MOTION TO STRIKE PORTIONS OF COUNTERCLAIM** |

I, ADAM G. LANG, declare:

1. I am an attorney duly licensed to practice law in the State of Nevada and an associate with the law firm of Hale Lane Peek Dennison and Howard. I am one of the attorneys for Friendly Capital Partners, L.P., eTreppid Technologies, LLC, and Warren Trepp (collectively "counterdefendants") in the above-entitled litigation. I have personal knowledge of the matters stated in this declaration, except for those matters that are stated on information and belief, and as to those matters, I believe them to be true based on my investigation of the matter. I would provide competent testimony to the matters stated in this declaration if called upon to do so.

2. Attached hereto as **Exhibit "1"** is a true and correct copy of the First Amended Complaint filed by Dennis Montgomery and Montgomery Family Trust, in Case No. 3:06-cv-00056 in the United States District Court For the District of Nevada.

3. I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct.

Executed this 25th day of July, 2007, at Reno, Nevada.

/s/
Adam G. Lang

# PROOF OF SERVICE

I, Gaylene Silva, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Hale Lane Peek Dennison and Howard.  My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada  89511**.  I am over the age of 18 years and not a party to this action.

I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail,  delivery of its hand-deliveries and their process of faxes.

On July 25, 2007, I caused the foregoing **DECLARATION OF ADAM G. LANG IN SUPPORT OF FRIENDLY CAPITAL PARTNERS, L.P.'S, ETREPPID TECHNOLOGIES, LLC'S, AND WARREN TREPP'S MOTION TO STRIKE PORTIONS OF COUNTERCLAIM**

  X     filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

*Fax No. 786-5044*
Email Lezlie@renofamilylaw.com
Ronald J. Logar, Esq.
Eric A. Pulver, Esq.
The Law Offices of Logar & Pulver
225 S. Arlington Avenue, Suite A
Reno, NV 89501

*Fax No. 858-759-0711*
Email mailto:mjfbb@msn.com
And mailto:cdimare@worldnet.att.net
Michael J. Flynn, Esq.
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, CA  90267

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 25, 2007.

_____/s/_____
Gaylene Silva