Ronald S. Logar, Esq. (SBN: 00303)
Eric A. Pulver, Esq. (SBN: 07874)
LAW OFFICE OF LOGAR & PULVER, PC
225 S. Arlington Avenue
Suite A
Reno, Nevada 89501
Telephone: (775) 786-5040
Facsimile: (775) 786-7544

Deborah A. Klar, Esq. (SBN: 124750)
Teri T. Pham, Esq. (SBN: 193383)
Ryan M. Lapine, Esq. (SBN: 239316)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
*[ADMITTED PRO HAC VICE]*

Attorneys for Defendants and Counterclaimants
Dennis Montgomery, Brenda Montgomery, and the
Montgomery Family Trust

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:07-CV-00250-ECR-VPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERDEFENDANT DOUGLAS J. FRYE WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), counterclaimants Dennis Montgomery, Brenda Montgomery, and the Montgomery

0039641/003/ 360357v01

Family Trust voluntarily dismiss all counterclaims against counterdefendant Douglas Frye *without prejudice*.

Dated: August 20, 2007

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Teri T. Pham
Attorneys for Defendants and
Counterclaimants Dennis Montgomery,
Brenda Montgomery and the Montgomery
Family Trust

0039641/003/ 360357v01