1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6 * * *

7

8 FRIENDLY CAPITAL PARTNERS, L.P.,   )
a California Limited Partnership,        )        3:07-CV-00250-PMP-VPC
9                                                    )
                          Plaintiffs,            )        **ORDER**
10                                                   )
          vs.                                        )
11                                                   )
DENNIS MONTGOMERY, BRENDA        )
12 MONTGOMERY, and the                  )
MONTGOMERY FAMILY TRUST, a     )
13 California trust, et al.,                    )
                                                       )
14                        Defendants,          )
                                                       )
15 _____ )
                                                       )
16 DENNIS MONTGOMERY, BRENDA        )
MONTGOMERY, and the                  )
17 MONTGOMERY FAMILY TRUST,        )
                                                       )
18                 Counterclaimants,        )
                                                       )
19          vs.                                       )
                                                       )
20 FRIENDLY CAPITAL PARTNERS, L.P.,   )
a California Limited Partnership;          )
21 WARREN TREPP, an individual,         )
ETREPPID TECHNOLOGIES, LLC, a     )
22 Nevada Limited Liability Company, et al.,  )
                                                       )
23                 Counterdefendants.       )
                                                       )
24 _____ )

25 / / /

26 / / /

1      IT IS ORDERED that Counterdefendant Warren Trepp's Motion to Dismiss

2 Counterclaims or, in the Alternative, for a More Definite Statement (**Doc. #21**);

3 Plaintiff/Counterdefendant's Friendly Capital Partners, L.P.'s Motion to Dismiss

4 Counterclaims or, in the Alternative, for a More Definite Statement (**Doc. #23**);

5 Counterdefendant's Etreppid Technologies, LLC's Motion to Dismiss Counterclaims

6 or, in the Alternative, for a More Definite Statement (**Doc. #25**); Counterdefendants

7 Friendly Capital Partners, L.P.'s, eTreppid Technologies, LLC's and Warren Trepp's

8 Motion to Strike Portions of Counterclaim (**Doc. #27**); and Counterdefendant Douglas

9 J. Frye's Motion to Dismiss Counterclaims or, in the Alternative, for a More Definite

10 Statement (**Doc. #40**) are DENIED as moot.

12 DATED:  October 25, 2007.

_____
       PHILIP M. PRO
       United States District Judge