

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRIENDLY CAPITAL PARTNERSHIP, | ) ) ) | 3:07-CV-0250-PMP (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | November 7, 2007 |
| BRENDA MONTGOMERY, et al., | ) ) | |
| Defendants. | ) ) ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The parties have failed to submit a discovery plan and scheduling order within the time required by Local Rule 26-1(d).

    The parties have a period of five (5) days from receipt of this minute order within which to submit said discovery plan and scheduling order in compliance with Local Rule 26-1. If they fail to do so, the clerk shall set a hearing to determine why the discovery plan and scheduling order have not been timely submitted and to invoke sanctions, if appropriate.

    **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                            By:___/s/_____
                                    Deputy Clerk