UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership, | ) ) ) ) | 3:07-CV-00250-PMP-VPC |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BRENDA MONTGOMERY, DENNIS MONTGOMERY, and MONTGOMERY FAMILY TRUST, | ) ) ) ) | |
| Defendants. | ) ) | |
| AND ALL RELATED CASES. | ) ) ) | |

The Court having read and considered Plaintiffs/Counterdefendants Friendly Capital Partners, L.P., Warren Trepp, and eTreppid Technologies, LLC's Motion to Strike Montgomery's Breach of Fiduciary Duty Claim (Fourth Claim for Relief) From Second Amended Counterclaim (Doc. #74) filed April 21, 2008, and Defendants/Counterclaimants Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust's Statement of Non-Opposition to Counterdefendants' Motion to Strike Fourth Claim for Relief from Second Amended Counterclaim (Doc. #75) filed May 14, 2008, and good cause appearing,

///

1   **IT IS ORDERED** that Plaintiffs/Counterdefendants Friendly Capital Partners,
2   L.P., Warren Trepp, and eTreppid Technologies, LLC's Motion to Strike Montgomery's
3   Breach of Fiduciary Duty Claim (Fourth Claim for Relief) From Second Amended
4   Counterclaim (Doc. #74) is GRANTED and that Montgomery's Breach of Fiduciary Duty
5   Claim (Fourth Claim for Relief) (Doc. #72) is hereby stricken from the Montgomery Parties
6   Second Amended Counterclaim.

8   DATED:  May 22, 2008.

_____
PHILIP M. PRO
United States District Judge