UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERSHIP, ) | 3:07-CV-0250-PMP-VPC |
| Plaintiff(s),            ) | **MINUTES OF PROCEEDINGS** |
| vs.                      ) | |
| ) | DATED: July 10, 2008 |
| DENNIS MONTGOMERY, et al., ) | |
| Defendant(s).            ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      FTR

Counsel for Plaintiff(s):      Jerry Snyder

Counsel for Defendant(s):      Deborah Klar (Telephonically)

PROCEEDINGS: MOTION HEARING

10:12 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

On May 16, 2008, the defendants filed a motion for a ninety to one hundred-twenty-day continuance of the discovery cut-off and related deadlines (#76), defendants also filed an errata (#77), and plaintiff opposed (#79).

The parties present their arguments regarding the facts and merits of defendants' motion (#76).

Having heard from the parties and good cause appearing, the Court finds as follows:

1)   Defendants shall respond to all outstanding written discovery propounded by the plaintiff by no later than **Wednesday, July 30, 2008**.

2)   The following deadlines shall govern this action and no further extensions shall be granted:

Friendly Capital Partnership v. Dennis Montgomery, et al.
3:07-CV-0250-PMP-VPC
July 10, 2008
Page 2

| | |
|---|---|
| **Disclosure of expert witness:** | **Friday, August 8, 2008** |
| **Disclosure of rebuttal experts:** | **Monday, September 8, 2008** |
| **Discovery cut-off:** | **Wednesday, October 8, 2008** |
| **Dispositive motions deadline:** | **Friday, November 7, 2008** |
| **Joint pretrial order deadline:** | **Monday, December 8, 2008** |

If dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motion or by further order of the Court.

**IT IS SO ORDERED.**

10:30 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:_____/s/_____
Lisa Mann, Deputy Clerk