GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine Gunderson, Esq.
Nevada State Bar No. 10362
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
(ADMITTED PRO HAC VICE)

Attorneys for Defendants and Counterclaimants
Dennis Montgomery, Brenda Montgomery,
and the Montgomery Family Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership,<br><br>    Plaintiff<br>vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually,<br><br>    Defendants.<br>_____/<br><br>AND RELATED CASES.<br>_____/ | Case No. 3:07-CV-250-PMP-VPC<br><br>**NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

-1-

1  NOTICE is given that Mark H. Gunderson Esq. and Gunderson Law Firm has a lien pursuant
2  to NRS 18.015 upon any claim, demand, settlement, or cause of action the above-named Attorneys
3  for Defendants and Counterclaimants DENNIS MONTGOMERY, BRENDA MONTGOMERY, and
4  the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually,
5  ("Montgomery"), has in this action for unpaid attorney's fees in the sum of THIRTY EIGHT
6  THOUSAND NINE HUNDRED EIGHTY EIGHT DOLLARS AND .28/100 ($38,988.28) for legal
7  services rendered on behalf of ("Montgomery") plus unpaid costs in the sum of THREE
8  THOUSAND TWO HUNDRED FIFTEEN DOLLARS AND .42/100 ($3,215.42), and interest in
9  the amount of FIVE THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND .06/100
10 ($5,274.06). The total amount outstanding ($47,477.76) is through March 2009. Interest will
11 continue to accrue at the contract rate of (12%) per annum until paid in full.

This lien, pursuant to NRS 18.015 attaches to any verdict, judgment, decree or settlement entered and to any money which is recovered on account of the suit filed, or any other action, from the time of service of this notice.

DATED this  17  day of March, 2009.

GUNDERSON LAW FIRM

By: _____
Catherine Gunderson, Esq.
Nevada State Bar No. 10362

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-2-

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the GUNDERSON LAW FIRM, and that on the 17th day of March, 2009, I caused to be served the within document described as **NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS** on the interested parties in this action as stated below:

| | |
|---|---|
| Stephen J. Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>(775)327.3000; (775)786.6179 fax<br>Email: speek@halelane.com<br>Email: jsnyder@halelane.com<br>Email: alang@halelane.com<br>*Attorneys for Friendly Capital Partnership; Etreppid Technologies, LLC; Douglas J. Frye; Warren Trep* | Randall J. Sunshine, Esq. (SBN: CA 137363)<br>Ellyn S. Garofalo, Esq. (SBN: CA 158795)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500; (310) 500-3501 fax<br>Email: dklar@linerlaw.com<br>Email: tpham@linerlaw.com<br>Email: rlapine@linerlaw.com<br>*Attorneys for Montgomery Family Trust; Dennis Mongomery; and Brenda Montgomery* |

**X** **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the Court's computer system has electronically delivered a copy of the foregoing documents(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of Nevada and the United States of American that the foregoing is true and correct. Executed on March 17, 2009, at Reno, Nevada.

_____
Colleen Camenisch

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-3-