GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine Gunderson, Esq.
Nevada State Bar No. 10362
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile:  775.829.1226

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501
(ADMITTED PRO HAC VICE)

Attorneys for Defendants and Counterclaimants
Dennis Montgomery, Brenda Montgomery,
and the Montgomery Family Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership,<br><br>Plaintiff<br>vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually,<br><br>Defendants.<br>_____/<br>AND RELATED CASES.<br>_____/ | Case No. 3:07-CV-250-PMP-VPC<br><br>**MOTION TO WITHDRAW AS LOCAL COUNSEL** |

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-1-

Mark H. Gunderson, Esq. and Gunderson Law Firm, Nevada local counsel for Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner") legal counsel for Dennis and Brenda Montgomery and The Montgomery Family Trust ("Montgomery"), seek an order from this Court permitting its withdrawal as Nevada local counsel of record for Montgomery. This motion is based upon Supreme Court Rules 46, Rule 1.16 of the Nevada Rules of Professional Conduct, and EDCR 7.40, the attached memorandum of points and authorities, and the attached affidavit of counsel.

## SUPPORTING POINTS AND AUTHORITIES

Nevada Supreme Court Rule 46(2) permits the attorney in an action to be changed prior to judgment or final determination, "upon the order of the court or judge thereof on the application of the attorney or client." Rule 1.16(b) of the Nevada Rules of Professional Conduct states, in relevant part, that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, the client fails to substantially fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled, or the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client. *See* Nev. R. Prof. Conduct 1.16(b)(1), (5), & (6). In this case, an irreconcilable conflict has arisen between Montgomery and Gunderson Law Firm, that precludes counsel from continuing to represent Montgomery's interests in this case, as Montgomery has failed to substantially fulfill its obligations to its counsel. The refusal by Montgomery to fulfill its obligations to its counsel necessarily undermines counsel's ability to represent Montgomery as required by Nevada's rules governing professional conduct, will render counsel's representation unreasonably difficult, and will result in an unreasonable financial burden on counsel. *See* Affidavit of Mark H. Gunderson, Esq., Exhibit 1. The attorney-client privilege, however, precludes counsel from disclosing the specific nature of the conflicts which have arisen. *Id*

## CONCLUSION

Based on the foregoing, and after careful consideration, discussion, review, and research by counsel, counsel has concluded that withdrawal is required in this matter pursuant to Rule 1.16 of the Nevada Rules of Professional Conduct. Therefore, counsel requests that this Court enter its order accordingly. If this Motion is granted, the last known address at which Montgomery may be served with notice of all further proceedings is:

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503

Dennis and Brenda Montgomery
3812 94th Avenue N.E.
Bellevue, WA 98004
United States of America

Edra Blixseth
42-765 Dunes View Rd.
Rancho Mirage, CA 92270-4311

DATED this 22nd day of April, 2009.

GUNDERSON LAW FIRM

By: _____
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-3-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the GUNDERSON LAW FIRM, and that on the 22nd[h] day of April, 2009, I caused to be served the within document described as **NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS** on the interested parties in this action as stated below:

| | |
|---|---|
| Stephen J. Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>(775)327.3000; (775)786.6179 fax<br>Email: speek@halelane.com<br>Email: jsnyder@halelane.com<br>Email: alang@halelane.com<br>*Attorneys for Friendly Capital Partnership; Etreppid Technologies, LLC; Douglas J. Frye; Warren Trep* | Randall J. Sunshine, Esq. (SBN: CA 137363)<br>Ellyn S. Garofalo, Esq. (SBN: CA 158795)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500; (310) 500-3501 fax<br>Email: dklar@linerlaw.com<br>Email: tpham@linerlaw.com<br>Email: rlapine@linerlaw.com<br>*Attorneys for Montgomery Family Trust; Dennis Mongomery; and Brenda Montgomery* |

**X** [ELECTRONIC] By filing the document(s) electronically with the U.S. District Court and therefore the Court's computer system has electronically delivered a copy of the foregoing documents(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of Nevada and the United States of American that the foregoing is true and correct. Executed on April 22nd, 2009, at Reno, Nevada.

_____
Colleen Camenisch

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-4-