

\_\_\_\_\_ FILED          \_\_\_\_\_ RECEIVED
\_\_\_\_\_ ENTERED        \_\_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 9 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS LP, ) ) ) | 3:07-CV-0250-PMP (VPC) |
|       Plaintiff, ) ) | **MINUTES OF THE COURT** |
| vs. ) ) | April 28, 2009 |
| DENNIS MONTGOMERY, et al. ) ) | |
|       Defendants. ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____ LISA MANN _____ REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING _____

COUNSEL FOR RESPONDENT(S): NONE APPEARING _____

**MINUTE ORDER IN CHAMBERS:**

Mark H. Gunderson and Gunderson Law Firm's motion to withdraw as local counsel for Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner firm") which is legal counsel for Dennis Montgomery, the Montgomery Family Trust, and Brenda Montgomery ("Montgomery parties") (#86) is **GRANTED.**

The Liner firm and the Montgomery parties shall have to and including **Tuesday, May 12, 2009** to obtain associate a resident member of the bar of this court as co-counsel pursuant to Local Rule IA 10-2(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____ /s/ _____
        Deputy Clerk