GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine Gunderson, Esq.
Nevada State Bar No. 10362
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
(ADMITTED PRO HAC VICE)

Attorneys for Defendants and Counterclaimants
Dennis Montgomery, Brenda Montgomery,
and the Montgomery Family Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California Limited Partnership,<br><br>                    Plaintiff<br>          vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, and the MONTGOMERY FAMILY TRUST, a California trust, and DOES 1 through 10, individually,<br><br>                    Defendants.<br>_____/<br><br>AND RELATED CASES.<br>_____/ | Case No. 3:07-CV-250-PMP-VPC<br><br>**AMENDED CERTIFICATE OF SERVICE** |

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-1-

On the 17th day of March the *Notice of Lien for Attorney's Fees and Cost* was filed and served. The Certificate of Service was inadvertently filed without certified mail numbers. Therefore, by this amended certificate of service, the Gunderson Law Firm includes certified mail numbers, and forwards the *Notice of Lien for Attorney's Fees and Costs* to all parties pursuant to the requirements of NRCP 5. Attached as Exhibit "1" is an Amended Certificate of Service regarding the *Notice of Lien for Attorney's Fees and Costs*, filed with this court on April 30th, 2009.

## AFFIRMATION

The undersigned does hereby affirm that the proceeding document does not contain the social security number of any person.

DATED this 30th day of April, 2009.

GUNDERSON LAW FIRM

By: _____
Catherine Gunderson, Esq.
Nevada State Bar No. 10362

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the GUNDERSON LAW FIRM, and that on the 30th day of April, 2009, I caused to be served the within document described as **AMENDED CERTIFICATE OF SERVICE** on the interested parties in this action as stated below:

| | |
|---|---|
| Stephen J. Peek, Esq. | Randall J. Sunshine, Esq. (SBN: CA 137363) |
| Jerry M. Snyder, Esq. | Ellyn S. Garofalo, Esq. (SBN: CA 158795) |
| Adam G. Lang, Esq. | LINER YANKELEVITZ |
| Hale Lane Peek Dennison and Howard | SUNSHINE & REGENSTREIF LLP |
| 5441 Kietzke Lane, 2nd Floor | 1100 Glendon Avenue, 14th Floor |
| Reno, NV 89511 | Los Angeles, California 90024-3503 |
| (775)327.3000; (775)786.6179 fax | (310) 500-3500; (310) 500-3501 fax |
| Email: speek@halelane.com | Email: dklar@linerlaw.com |
| Email: jsnyder@halelane.com | Email: tpham@linerlaw.com |
| Email: alang@halelane.com | Email: rlapine@linerlaw.com |
| *Attorneys for Friendly Capital Partnership; Etreppid Technologies, LLC; Douglas J. Frye; Warren Trep* | *Attorneys for Montgomery Family Trust; Dennis Mongomery; and Brenda Montgomery* |

**X**  **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the Court's computer system has electronically delivered a copy of the foregoing documents(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of Nevada and the United States of American that the foregoing is true and correct. Executed on April 30th, 2009 at Reno, Nevada.

Colleen Camenisch

MARK H. GUNDERSON, LTD.
A PROFESSIONAL LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222