UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERSHIP,  )<br>                                                       )<br>            Plaintiff,                       ) | 3:07-CV-00250-PMP-VPC |
| v.                                                  ) | |
| BRENDA MONTGOMERY, et al.,    )<br>                                                       )<br>            Defendants.                  ) | ORDER |

   IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 20, 2010

_____
PHILIP M. PRO
United States District Judge