UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERSHIP, | |
| Plaintiff, | 3:07-CV-00250-PMP-VPC |
| v. | |
| BRENDA MONTGOMERY, et al., | <u>ORDER</u> |
| Defendants. | |

IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 20, 2010

_____
PHILIP M. PRO
United States District Judge