AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FRIENDLY CAPITAL PARTNERSHIP,

      Plaintiff,                       JUDGMENT IN A CIVIL CASE

V.

                                          CASE NUMBER: **3:07-CV-00250-PMP-VPC**

BRENDA MONTGOMERY, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed.

  August 23, 2010                             **LANCE S. WILSON**
                                                                  Clerk

                                                             /s/ D. R. Morgan
                                                                Deputy Clerk