AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

FRIENDLY CAPITAL PARTNERSHIP,

     Plaintiff,
V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00250-PMP-VPC**

BRENDA MONTGOMERY, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed.

  August 23, 2010                     **LANCE S. WILSON**
                                                               Clerk

                                                          /s/ D. R. Morgan
                                                            Deputy Clerk